UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY BRACEY,<br>     Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO. 1:14-CV-2271<br>: |
| HUNTINGDON COUNTY, *et al.*, | :<br>: |
| Defendants. | : |

*O R D E R*

AND NOW, this 6th day of July, 2015, upon consideration of the report and recommendation of the magistrate judge (Doc. 18), filed May 15, 2015, and the objections that were filed, it is ordered that:

1. The magistrate judge's report (Doc. 18) is ADOPTED.

2. Plaintiff's amended complaint is DISMISSED with prejudice with respect to Defendant Kurtz and Huntingdon County.

3. The above-captioned matter is remanded to the magistrate judge for further proceedings, including a Report and Recommendation on any dispositive motions that may be filed.


 /s/ William W. Caldwell
William W. Caldwell
United States District Judge