UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY BRACEY,  :  |   |
|     Plaintiff  : |   |
| : |   |
| v.  : | CIVIL NO. 1:14-CV-2271 |
| : |   |
| HUNTINGDON COUNTY, *et al.*,  : |   |
| : |   |
|     Defendants.  : |   |

*O R D E R*

AND NOW, this 6th day of August, 2015, upon consideration of the report and recommendation of the magistrate judge (Doc. 31), filed July 13, 2015, and the objections that were filed, it is ordered that:

1. The magistrate judge's report (Doc. 31) is ADOPTED.

2. Plaintiff's amended complaint is DISMISSED with prejudice.

3. The Clerk of Court shall close this case.

                         /s/ William W. Caldwell
                         William W. Caldwell
                         United States District Judge