# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COREY BRACEY,** : | **CIVIL ACTION NO. 1:14-2271** |
| **Plaintiff** : | |
| : | **(JUDGE MANNION)** |
| v. : | |
| **HUNTINGDON COUNTY, et al.,** : | |
| **Defendants** : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Judge Carlson's memorandum order (Doc. 48) of January 29, 2018, is **AFFIRMED**.

**(2)** The plaintiff's appeal (Doc. 49) of Judge Carlson's January 29, 2018 memorandum order is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 2, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2271-01 order.docx