**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COREY BRACEY,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 1:14-2271** |
| **v.** | : | **(JUDGE MANNION)** |
| **ADAM PARK and** | : | |
| **TRAVIS S. ANDERSON,** | : | |
| **Defendants** | : | |

**O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's objections to the report and recommendation of Judge Carlson, **(Doc. 72)**, are **OVERRULED**.

**(2)** The report and recommendation of Judge Martin C. Carlson, **(Doc. 71)**, is **ADOPTED IN ITS ENTIRETY**.

**(3)** In addition, to the extent that the plaintiff alleges a substantive due process claim based upon the right to privacy in his medical records, the court finds that the defendants are entitled to qualified immunity.

**(4)** The defendants' motion for summary judgment, **(Doc. 55)**, is **GRANTED** as to all federal law claims in this case and

any state law claims against the defendants are

**DISMISSED WITHOUT PREJUDICE**.

**(5)** The Clerk of Court is directed to **CLOSE THIS CASE**.


_s/Malachy E. Mannion_
**MALACHY E. MANNION**
**United States District Judge**


**Date: September 19, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2271-01-ORDERwp.wpd